IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>AMILCAR LOPEZ SAENZ,<br><br>           Defendant. | 8:25CR124<br><br>NOTICE OF COMPLIANCE OF LOCAL CRIMINAL RULE 16.1(a) |

COMES NOW the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney and pursuant to Rule 16.1(a) of the Criminal Rules of the United States District Court for the District of Nebraska, hereby gives notice that discovery material has been provided to the defendant in the above-captioned case.

DATED this 16th day of June 2025.

                                               UNITED STATES OF AMERICA
                                               Plaintiff

                                               LESLEY A. WOODS
                                               United States Attorney

                                        *s/Kimberly C. Bunjer*
                          By:   KIMBERLY C. BUNJER #20962
                               Assistant U.S. Attorney
                               1620 Dodge Street, #1400
                               Omaha, Nebraska 68102-1506
                               Tel: (402) 661-3700
                               Fax: (402) 345-5724
                               kim.bunjer@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on June 16, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Cheryl Kessell, Attorney for Defendant.

                                                        s/Kimberly C. Bunjer
                                                        KIMBERLY C. BUNJER
                                                        Assistant United States Attorney