IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AMILCAR LOPEZ SAENZ,<br><br>　　　　　　Defendant. | 8:25CR124<br><br>CHANGE OF PLEA AND<br>ORDER ON SENTENCING SCHEDULE |

　　　　The defendant requested a combined change of plea and sentencing hearing on an expedited schedule with sentencing to occur in approximately six weeks. The government does not oppose this request. Neither party opposes limiting the time allowed to object to the sentencing recommendations of probation or the court's tentative findings.

　　　　Accordingly,

　　　　IT IS ORDERED that the following deadlines and procedures are set in this case:

1.　　**July 10, 2025**:  Counsel's respective versions of the offense(s) to the probation office;

2.　　**July 10, 2025**:  Financial information, restitution proposal and any chemical dependency/mental health evaluation to the probation office by counsel;

3.　　**August 6, 2025**:  Probation office's submission of a presentence report to the judge and counsel;

4.　　**August 8, 2025**:  Written objections by counsel to the presentence report shall be provided to the court and probation;

5.　　**August 14, 2025**:  Judge's notice to counsel of rulings, tentative findings, and whether oral testimony is to be permitted.

6.　　The following procedures shall apply to objections to tentative findings:

　　　　(a)  A written objection to tentative findings is not required if no evidence will be offered in support of the objection to tentative findings and no new substantial issue of law will be raised in support of an objection to tentative findings. In such a case, an oral objection to the tentative findings may be made at the time of sentencing.

(b) A written objection to tentative findings is required if evidence will be offered in support of the objection to the tentative findings or if a new substantial issue of law is raised in support of the objection to the tentative findings. If evidence will be offered in support of the written objection to the tentative findings, the written objection shall include a statement describing why an evidentiary hearing is required, what evidence will be presented, and how long such a hearing would take. If a new substantial issue of law is raised in support of the written objection to tentative findings, such an objection shall be supported by a brief. Unless the court orders otherwise, a written objection to the tentative findings will be resolved at sentencing in such manner as the court deems appropriate.

(c) Any written objection to tentative findings shall be filed as soon as possible after receipt of the court's tentative findings and prior to sentencing.

7. At least two (2) working days in advance of the plea proceeding above, counsel for plaintiff and for defendant shall e-mail to the undersigned judge a copy of the following: a) a copy of the Petition to Enter Guilty Plea; b) a copy of any plea agreement; and c) a copy of any charging document not yet on file. For this defendant, the time between **today's date** and the hearing on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(G) & (h)(7)(A).

8. **August 22, 2025 at 9:30 a.m.**: Sentencing before Chief Judge Rossiter in Omaha, Courtroom #4.

DATED this 7th day of July, 2025.

BY THE COURT:

*Robert F. Rossiter, Jr.*
Chief United States District Judge