IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:25CR124 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ADOPTION OF PRESENTENCE** |
| | ) | **INVESTIGATION REPORT** |
| | ) | |
| AMILCAR LOPEZ SAENZ, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant, Amilcar Lopez Saenz, by and through his attorney, Cheryl M. Kessell, has no objections to the Presentence Investigation Report filed herein. The Defendant therefore adopts the report.

DATED this 8 day of August 2025.

                                              AMILCAR LOPEZ SAENZ,
                                              Defendant.

                                      By:  <u>/s/ Cheryl M. Kessell</u>
                                            CHERYL M. KESSELL,
                                            Assistant Federal Public Defender
                                            222 South 15th Street, Suite 300N
                                            Omaha, NE 68102